# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**ALEXANDER SEEGAR**<br><br>_Defendant_ | Case No. 18-mj- 5245<br><br>(SEALED) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates listed below, in the Western District of New York, the defendant, ALEXANDER SEEGAR, did: (1) from on or about February 26, 2018, to on or about February 28, 2018, the exact dates being unknown, using any means and facility of interstate and foreign commerce, knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and (2) on or about July 20, 2018, knowingly possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

all in violation of Title 18, United States Code, Sections 2252A(a)(2)(A), and 2252A(a)(5)(B).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_Complainant's signature_

JEFFREY McAULIFFE, TASK FORCE OFFICER
FEDERAL BUREAU OF INVESTIGATION
_Printed name and title_

Sworn to before me and signed in my presence.

_Judge's signature_

Date: September 28, 2019

MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
_Printed name and title_

City and State: Buffalo, New York

## AFFIDAVIT IN SUPPORT OF COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE      )   SS:
CITY OF BUFFALO     )

I, Jeffrey McAuliffe, being duly sworn, depose and state:

### INTRODUCTION

1. I am a Task Force Officer of the Federal Bureau of Investigation and entered on duty in January 2014. I am also an Investigator with the Niagara County Sheriff's Office, where I have been employed since March 2000. I am currently assigned to the Buffalo Field Office and work on cases associated with the Violent Crimes Against Children program, which targets individuals involved in the online sexual exploitation of children. As part of these duties, I have become involved in the investigation of suspected violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography.

2. I make this affidavit in support of a criminal complaint charging **ALEXANDER SEEGAR** ("SEEGAR"), with violations of Title 18 U.S.C. Sections 2252A(a)(2)(A) [Receipt of Child Pornography], and 2252A(a)(5)(B) [Possession of Child Pornography].

3. The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers in this investigation, and upon my training and experience as a Task Force Officer of the Buffalo FBI. Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause to believe that SEEGAR knowingly violated Title 18, United States Code, Sections 2252A(a)(2)(A), and 2252A(a)(5)(B).

4. In February of 2018, Lewiston Police reported a case of possible child sexual exploitation. The information, which was provided to your affiant indicated that an unknown Subject posing as a 16 or 17 year old boy was sexting with 10-12 year old female students of a school in Niagara County.

5. In March of 2018, your affiant learned from interviews with the minor females that the unknown Subject was using the Instagram profile; "davidlissachi" to communicate with the girls. The communications were reported to be sexual in nature with the male subject sending penis images and asking for images of the girls, to include asking for images of the girls' private parts.

6. In March of 2018, Facebook, Inc. responded to an administrative subpoena requesting subscriber information for the Instagram communication account; "davidlisacchi". The response included the following information; Name; David LiSacchi,

2

Registered Email: davidjjames09@gmail.com, Login IP Address (66.67.24.123) which is a Time Warner Cable IP Address.

7.  In April of 2018, Charter Communications (which merged with Time Warner Cable) responded to an administrative subpoena requesting subscriber information for the IP Address 66.67.24.123. The response from Charter Communications included the following subscriber information; Name: Alex Seegar ('SEEGAR'), Address: 10699 Alleghany Rd., Darien Center, NY, 14040.

8.  On July 20, 2018, SEEGAR was interviewed at his residence. During the interview, SEEGAR, who is actually 29 years old, admitted to using the 'davidlisacchi' Instagram profile as well as a 'David Lisacchi' Snapchat profile to communicate with girls he described as "young teens" and trade pics with them. SEEGAR further stated that he was the sole user of both accounts. SEEGAR admitted to using a Keep Safe photo vault on his Samsung Galaxy phone to store the images he received of girls he communicated with. SEEGAR also admitted to using Kik to trade images of child pornography with other unknown subjects and saving these images to his Dropbox account, which he authorized us to access.

9.  In July of 2018, while reviewing SEEGAR's Dropbox account, I observed that the account consisted of photos and videos stored in folders with the following titles; 'couples', 'fingering', 'jailbait', 'orals', 'private', 'self play', 'solo', 'strip', 'stuff', 'teasing', 'toying' and 'young teens'. In addition to the main folders were a number of subfolders. While reviewing

3

the images and videos, I observed approximately 11 images and 5 videos which, based on my training and experience, constitute child pornography. Of the remaining files, there were numerous images and videos which were difficult to estimate the age, in many cases because of the extreme close-up nature of the images.

10. In July of 2018, while reviewing SEEGAR's Samsung Galaxy phone, I observed images consistent with the profile image of 'David Lisacchi' (the Instagram profile). I also observed in the KeepSafe photo vault, images of a 12 year old female "MINOR VICTIM", whom I had previously interviewed from Niagara County. The image was a close up image of a girl's legs and vagina. A second image consisted of a close up picture of Minor Victim's bare buttocks and vagina while bending over. Both images observed by your affiant constitute child pornography as defined under Federal Law.

11. In July, 2018 I re-interviewed MINOR VICTIM. During the interview I showed her the above described images. MINOR VICTIM confirmed that both of the images were photos she had taken of herself and sent to "David Lisacchi" while communicating on Snapchat. Minor Victim confirmed that she was 12 years old when she took and sent the photo. She further confirmed that during her communications with "David Lisacchi", she represented herself as a 12 year old and that, "David Lisacchi" had asked her to send images of her private parts to him.

## CONCLUSION

12.     Based upon the foregoing, I respectfully submit that I have probable cause to believe that **ALEXANDER SEEGAR** has violated Title 18, United States Code, Sections 2252A(a)(2)(A) [Receipt of Child Pornography], and 2252A(a)(5)(B) [Possession of Child Pornography].

JEFFREY MCAULIFFE
Task Force Officer
Federal Bureau of Investigation

Sworn to before me this
28th day of September, 2018

MICHAEL J. ROEMER
United States Magistrate Judge