IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.

ALEXANDER SEEGAR,

    Defendant.

18-CR-250-FPG



---

### INFORMATION
(Title 18, United States Code, Section 2252A(a)(2)(A))

### COUNT 1

**The United States Attorney Charges That:**

Between in or about February 2018 and July 2018, in the Western District of New York, the defendant, **ALEXANDER SEEGAR,** did knowingly receive child pornography as defined in Title 18, United States Code, Section 2256(8), that was contained on a Samsung Galaxy cellular telephone SMG955U, bearing Serial No. R38JGOCK9WF, that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).**

## FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States any matter which contains any such visual depiction of child pornography, which was produced, transported, mailed, shipped, or received and/or any and all property, real and personal, used or intended to be used to commit or to promote the commission of such offense, and all property traceable to such property, including but not limited to the following:

1) Samsung Galaxy cellular telephone, SMG955U, bearing Serial No. R38JGOCK9WF; and

2) Dropbox account associated with kornrow89@aim.com.

All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).

DATED: Buffalo, New York, June 20, 2019.

JAMES P. KENNEDY, JR.
United States Attorney

BY: *Stephanie Lamarque*
STEPHANIE LAMARQUE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5894
Stephanie.Lamarque@usdoj.gov

2